| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pita Franchising, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4050132** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **222 Fairburn Industrial Boulevard Suite C Fairburn, GA 30213** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fulton** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Pita Franchising, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **Pita Franchising, LLC**　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____
　　　　Contact name  _____
　　　　Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Pita Franchising, LLC**                                                                        Case number (*if known*)
        Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Pita Franchising, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 30, 2023**
MM / DD / YYYY

X **/s/ Nour Rabai**            **Nour Rabai**
Signature of authorized representative of debtor       Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Paul Reece Marr GA Bar #**         Date **September 30, 2023**
Signature of attorney for debtor            MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
Number, Street, City, State & ZIP Code

Contact phone  **(770) 984-2255**    Email address  **paul.marr@marrlegal.com**

**GA Bar # 471230 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pita Franchising, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 30, 2023**    X **/s/ Nour Rabai**
Signature of individual signing on behalf of debtor

**Nour Rabai**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pita Franchising, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Alisha's Pita LLC, c/o David J. Merbaum 5755 North Point Pkwy, Ste Alpharetta, GA 30022 | | business dispute | Contingent Unliquidated Disputed Subject to Setoff | | | $0.00 |
| James T. Hankins, III Goodman McGuffey LLP 3340 Peachtree Rd NE, Ste 2100 Atlanta, GA 30326-1084 | | pre-petition litigation counsel | | | | $0.00 |
| LoanBuilder, a Pay Pal Service CEO: Alex Chriss 3505 Silverside Rd. Wilmington, DE 19810 | | essentially all business assets | | $9,962.44 | Unknown | Unknown |
| Nadeem Bhamani c/o Timothy S. Walls, Esq. 1550 North Brown Rd, Ste 130 Lawrenceville, GA 30043 | | business dispute | Contingent Unliquidated Disputed Subject to Setoff | | | $0.00 |
| NDC Community Impact Loan Fund Eric R. Tejeda, Portfolio Mngr 1111 Superior Ave, Ste. 1114 Ashland, KY 41114 | | essentially all corporate assets | | $82,564.25 | Unknown | Unknown |

Debtor **Pita Franchising, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pita Dunwoody, LLC c/o Timothy S. Walls, Esq.**<br>**1550 North Brown Rd, Ste 130**<br>**Lawrenceville, GA 30043** | | business dispute | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Pita Marietta, LLC c/o Timothy S. Walls, Esq.**<br>**1550 North Brown Rd, Ste 130**<br>**Lawrenceville, GA 30043** | | business dispute | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Pita Roswell, LLC c/o Timothy S. Walls, Esq.**<br>**1550 North Brown Rd, Ste 130**<br>**Lawrenceville, GA 30043** | | business dispute | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Sulaiman Sundrani c/o Timothy S. Walls, Esq.**<br>**1550 North Brown Rd, Ste 130**<br>**Lawrenceville, GA 30043** | | business dispute | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **U.S. Small Business Admin.**<br>**Office of Disaser Assistance**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | | essentially all business assets | | $150,000.00 | Unknown | Unknown |

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **Pita Franchising, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nour Rabai**<br>**222 Fairburn Industrial Blvd.**<br>**Suite C**<br>**Fairburn, GA 30213** | | **100%** | **membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 30, 2023**

Signature **/s/ Nour Rabai**
**Nour Rabai**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Pita Franchising, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 30, 2023**

**/s/ Nour Rabai**
**Nour Rabai**/**Manager**
Signer/Title

Alisha's Pita LLC,
c/o David J. Merbaum
5755 North Point Pkwy, Ste
Alpharetta, GA 30022

Daniel Jan Carino
222 Fairburn Industrial Blvd.
Suite C
Fairburn, GA 30213

Georgia Department of Revenue
ARCS-Bankruptcy
1800 Century Blvd NE; # 9100
Atlanta, GA 30345-3202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency-Rm 400-Stop 334D
401 W. Peachtree Street
Atlanta, GA 30308

James T. Hankins, III
Goodman McGuffey LLP
3340 Peachtree Rd NE, Ste 2100
Atlanta, GA 30326-1084

LoanBuilder, a Pay Pal Service
CEO: Alex Chriss
3505 Silverside Rd.
Wilmington, DE 19810

Nadeem Bhamani
c/o Timothy S. Walls, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043

```
Nadeem Bhamani
c/o Justyn D. Alioto, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043


NDC Community Impact Loan Fund
Eric R. Tejeda, Portfolio Mngr
1111 Superior Ave, Ste. 1114
Ashland, KY 41114


NDC Community Impact Loan Fund
PO Box 845339
Boston, MA 02284-5339


Nissan Motor Acceptance Corp.
P.O. BOX 660360
Dallas, TX 75266-0360


Nour Rabai
222 Fairburn Industrial Blvd.
Suite C
Fairburn, GA 30213


Pita Distribution LLC
222 Fairburn Iindustrial Blvd.
Suite C
Fairburn, GA 30213


Pita Dunwoody, LLC
c/o Timothy S. Walls, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043


Pita Dunwoody, LLC
c/o Justyn D. Alioto, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043
```

Pita Group, LLC
222 Fairburn Industrial Blvd.
Suite C
Fairburn, GA 30213


Pita Marietta, LLC
c/o Timothy S. Walls, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043


Pita Marietta, LLC
c/o Justyn D. Alioto, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043


Pita Roswell, LLC
c/o Timothy S. Walls, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043


Pita Roswell, LLC
c/o Justyn D. Alioto, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043


Rabai Investments, LLC
222 Fairburn Industrial Blvd,
Fairburn, GA 30213


Sulaiman Sundrani
c/o Timothy S. Walls, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043


Sulaiman Sundrani
c/o Justyn D. Alioto, Esq.
1550 North Brown Rd, Ste 130
Lawrenceville, GA 30043

```
Swift Financial, LLC
Ed Harycki, CEO
3505 Silverside Rd.
Wilmington, DE 19810



U.S. Attorney
600 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303



U.S. Department of Justice
Civil Trial §, Southern Region
P O BOX 14198
Washington, DC 20044-4198



U.S. Small Business Admin.
Office of Disaser Assistance
14925 Kingsport Road
Fort Worth, TX 76155



U.S. Small Business Admin.
GA District Office
233 Peachtree Street NE; #300
Atlanta, GA 30303



United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



WebBank
Jason C. Lloyd, President
215 South State St.; Ste 1100
Salt Lake City, UT 84111
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **Pita Franchising, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Pita Franchising, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 30, 2023**

Date

**/s/ Paul Reece Marr GA Bar #**
**Paul Reece Marr GA Bar # 471230**

Signature of Attorney or Litigant
Counsel for **Pita Franchising, LLC**
**Paul Reece Marr, P.C.**
**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
**(770) 984-2255 Fax:(678) 623-5109**
**paul.marr@marrlegal.com**